[No. 45356-4-I. Division One. July 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM C. MULHOLLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-00787-7, Ellen J. Fair, J., entered September 10, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45421-8-I. Division One. July 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. R.A., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-02959-5, Peter Jarvis, J., entered September 8, 1999. *Affirmed* and *remanded* by unpublished per curiam opinion.

[No. 44107-8-I. Division One. July 24, 2000.]

*In the Matter of the Marriage of* ANITA M DURRETT, *Respondent*, and DONNIE W. DURRETT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-3-00672-4, Thomas J. Wynne, J., entered January 13, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44032-2-I. Division One. July 24, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEX BARANYI, *Appellant*

Appeal from a judgment of the Superior Court for King County, No. 97-1-00343-8, Michael Spearman, J., entered January 15, 1999. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Grosse, JJ.